Douglas E. Gilbert
442 F St. B-5
Chula Vista, CA
91910

FILED
2007 OCT 18 PM 4:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Gilbert<br>v.<br>Watson Laboratories<br>Qualitest Pharmaceuticals<br>Does 1 through 10 | Civil No. '07 CV 2023 W WMC<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e-5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

____ Yes ____ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

_____ Yes _____ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

X Yes ____ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Gordon A. Glenn

When: March 28, 2007

Where: San Diego, CA

How (by telephone, in person, etc.): By telephone (619) 285-8191

Why attorney was not employed to handle your claim: Mr. Glenn stated that he did not have the resources to pursue this type of case.

Attorney: Rebbeca Lack

When: July 2007

Where: San Diego, CA

How (by telephone, in person, etc.): By telephone (619) 531-0111

Why attorney was not employed to handle your claim:

Ms. Lack felt that the case would be to difficult to win.

Attorney: Steven Kastner

When: October 1, 2007

Where: San Diego

How (by telephone, in person, etc.): By telephone (619) 232-8822

Why attorney was not employed to handle your claim:

Mr. Kasner stated that he was not infested in this type of personal injury case

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I have contacted two Lawyer Refferral Services at (619) 231-0781 and 588-1931 And Osburn, powell and Bogert 1-800-421-4505 February 2007

6. Give any other information which supports your application for the court to appoint an attorney for you:

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

None

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes _X_ no ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? ____________________

If not employed, give month and year of last employment: July 1995

How much did you earn per month in your last employment? $ 7.00 Hour

If married, is your spouse employed? ___ yes X no

If "YES," how much does your spouse earn per month? ____________ /

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? ____________________

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? X yes ___ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| $695.90 month | VA Benefits |
| $1788.00 month | Social Security Benefits |

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? X yes ___ no

If "YES," state total amount: $35.64

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? X yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| $1,500.00 | 1977 Buick |

C. Obligations and Debts

(i) Dependents

Your marital state is: X single ___ married ___ widowed, separated or divorced.

Your total number of dependents is : 1

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
| --- | --- | --- |
| Rent: Centre Tower Apts. | | $386.00 |
| Mortgage on Home: | | |
| Others: | | |
| San Diego Gas & Electric | | $30.00 |
| Cox Cable | | $70.00 |
| AT&T (Telephone) | | $70.00 |
| Car Insurance | | $30.00 |
| Life Insurance | | $50.00 |
| Bank of America - Balance | 1,793.44 | $60.00 |

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 10-18-07

Douglas E. Gillett

Signature

(Notarization is not required)