YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER
Douglas E Gilbert
442 F street B-5
Chula Vista, CA 91910

FILED
2007 DEC 21 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KNV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Amended

Douglas Gilbert
-v-
Watson Laboratories
Qualitest pharmaceuticals
Does 1 through 10

Case No. 07 CV 2023 W WMc
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

I had been prescribed the medication Prednisone for various ailments between 2002 and 2005. Sometime in May 2005 I started having problems and pains in my hips. I later found out that I had developed a condition called Avascular Necrosis of the hip, and Prednisone is suspected of being the cause of it. My complaint is that the manufacturers of this medication did not give adequate warning about the possibility of aquiring AVN from using the medication. I am seeking the court's assitance in seeking damages as compensation for this condition.



Douglas E. Gilbert 12-21-07

# NOTICE TO ATTORNEYS

## AMENDMENT TO RULE 4 - SUMMONS
**Federal Rules of Civil Procedure**

### WAIVER OF SERVICE OF SUMMONS

Rule 4 (d) provides that a plaintiff may send a notice of commencement of action and a request for waiver to the defendant. When the defendant signs the waiver and it is filed with the clerk, the action proceeds as if service of summons and complaint had been made. If the waiver is not timely returned, plaintiff must serve process. A defendant who fails to waive service of summons will be assessed the costs subsequently incurred in effecting service on the defendant.

The ability to serve the summons by mail with a notice and acknowledgement has been eliminated.

### EFFECT OF WAIVER OF SERVICE

If the defendant timely signs and returns the waiver of service of summons, the action shall proceed as if summons and complaint had been served at the time of the filing of the waiver. By filing a waiver, a defendant does not waive any objection to venue or jurisdiction of the court over the person of the defendant.

When a waiver has been filed, the time for response to the complaint is **60 days (rather** than 20 days) from the date the notice and request was sent to defendant. (Rule 4(d)(3) and Rule 12(a)(1)(B)).

Sample copies of the above forms are available from the Clerk, U.S. District Court.

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) Watson Laboratories

as (B) Qualitest Pharmaceuticals of (C) Does 1 through 10

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) District of and has been assigned docket number (E)

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) days after the date designated below a the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date is you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff this day of

Douglas E. Gilbert

Signature of Plaintiff's Attorney or Unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

# WAIVER OF SERVICE OF SUMMONS

TO:

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, acknowledge receipt of your request that I waive service of a summons in the action of , which is case number in the United States District Court for the District of . I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I an acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I an acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

(DATE REQUEST WAS SENT) , or within 90 days after that date if the request was sent outside the United States.

(DATE)

(SIGNATURE)

Printed/Typed Name:

As (TITLE) of (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action had been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 85 Consent to Proceed

# NOTICE OF OPPORTUNITY TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE AND APPEAL OPTION

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, you are hereby notified that the United States magistrate judges of this district court, in addition to their other duties, may, upon the consent of all the parties in a civil case, conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment.

You should be aware that your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is entirely voluntary and should be indicated by counsel endorsing the attached consent form for the plaintiff(s) and defendant(s). If the form is executed by all counsel for the parties, it should be communicated solely to the clerk of the district court. ONLY if all the parties to the case consent to the reference to a magistrate judge will either the judge or magistrate judge to whom the case has been assigned be informed of your decision.

Your opportunity to have your case disposed of by a magistrate judge is subject to the calendar requirements of the court. Accordingly, the district judge to whom your case is assigned must approve the reference of the case to a magistrate judge for disposition.

In accordance with 28 U.S.C. 636(c)(3) and Fed.R.Civ.P. 73(c), an appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Copies of the consent form are available from the clerk of court.

AO 85 (Rev. 10/97 December 11, 1997) Consent to Proceed

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

v.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**

**CASE NUMBER:**

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States district court and consent to have a United States magistrate judge conduct any and all further proceedings in this case, including the trial, and order the entry of a final judgment.

| Plaintiff(s) Signatures | Date |
| --- | --- |
| ____________________ | __________ |
| ____________________ | __________ |
| ____________________ | __________ |

| Defendant(s) Signatures | Date |
| --- | --- |
| ____________________ | __________ |
| ____________________ | __________ |
| ____________________ | __________ |
| ____________________ | __________ |

New Case #: ______________________________

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable ________________, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

| ____________________ | ______________________________ |
| --- | --- |
| Date | United States District Judge |