PLAINTIFF/PETITIONER/MOVANT'S NAME Douglas Gilbert

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS 442 F Street B-S
Chula Vista, CA 91910

FILED
2007 DEC 21 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Knix DEPUTY

# United States District Court
## Southern District Of California

Douglas Gilbert, Plaintiff/Petitioner/Movant

v.

Watson Laboratories
Qualitest Phamacuticals
Does 1 thru 10, Defendant/Respondent

Civil No. '07 CV 2023 W WMc
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)

   If "Yes," state the place of your incarceration

   Are you employed at the institution? ☐ Yes ☐ No

   Do you receive any payment from the institution? ☐ Yes ☐ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

Douglas E. Gilbert 12-21-07

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Capri Hotel July 1995 $7.00 Hour
   319 West E St.
   San Diego, CA 92101 (619) 232-3369

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☒ Yes ☐ No
   e. Social Security, disability or other welfare ☒ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   Veteran's Benefits $695.00 each month
   Social Security Benefits $788.00 each month

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): Wells Fargo Bank Balance 35.64
   b. Present balance in account(s): 444 H Street Chula Vista, CA 91910

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☐ No
   a. Make: Buick Year: 1977 Model: Electra
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?
   None

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
___ Yes _X_ No
If "Yes" describe the property and state its value. ______________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

See Attachment

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

Douglas E. Gilbert
DATE ______ SIGNATURE OF APPLICANT

12-20-07

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the **amount** of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

N/A

I certify that the applicant ______________________________,
(NAME OF INMATE)

______________________________,
(INMATE'S CDC NUMBER)

has the sum of $______________ on account to his/her credit at ______________

______________________________.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $______________, and the ***average monthly deposits*** to the applicant's account was $______________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

______________________________
DATE

______________________________
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

______________________________
OFFICER'S FULL NAME (PRINTED)

______________________________
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

N/A

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ____________________ (Name of Prisoner/ CDC No.), request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE

SIGNATURE OF PRISONER

**Attachment**

I am including this statement as an attachment to section 8, C, ii, of this first amended complaint. This is because I feel that I was unjustly denied to proceed in forma pauperis. Some of the reasons stated in the order that I received, dated November 28, 2007, are not true or valid.
First of all I stated that I receive $1433.00 a month, I never said $1483.00. And this amount is for disability benefits, not income for employment. Obviously, if I am receiving Social Security benefits, I am not able to work. I'm a disabled veteran. Also on page two, line twenty-eight, of that document, it stated that "apparently you do not pay rent or a mortgage". This is completely false, on page seven, in section 8, C, ii, of my original application, I stated that my portion of my rent is $386.00 a month. What part of this is not comprehensible?
Enclosure (1) is submitted for verification
It went on to say that I failed to identify any other living expenses, not true, I mentioned the amount of my gas and electric bill. This time I included a copy of it.
Enclosure (2) most recent SDG&E bill
Telephone service is not free so I included a copy of my telephone bill.
Enclosure (3) most recent telephone bill
Enclosure (4) Cox Cable bill, television cable is not free either. This is my only source of entertainment, unfortunately I am not able to go out, either physically or financially.
Some of the outstanding debts that I owe are shown in the following :
Enclosure (5) Bank of America statement
Enclosure (6) Capital One statement
Enclosure (7) Chase VISA statement
Enclosure (8) Chase Mastercard statement
I occasionally have to see outside doctors that are not part of the Veteran's Administration Medical Care system. When I see these doctors I have to pay a Share Of Cost for these appointments.
Enclosure (9) receipt from Dr. Wilson's office
Enclosure (10) check for Dr. Chisholm's office
The state of California requires that every driver carry automobile insurance. I pay mine every six months.
Enclosure (11) copy of check for car insurance
If the unexpected was to happen in my residence I would not be able to replace the few possessions that I have. To lower my risk I have renter's insurance.
Enclosure (12) copy of check for fire insurance
I regularly take supplements to try to prevent any further damage from occurring to my hip area. The cost of some of these can add up.
Enclosure (13) receipt for Osteo Valin supplement
I have included these receipts to emphasize the fact that I have additional expenses besides just the ones for basic needs. And there are always the unexpected and emergency expenses, especially the last few months, which are not much individually but combined they amount to a lot.
On page two, line twenty-six of the order it said that I own an un-financed, 1977 Buick as if that makes me rich and privileged. It's a 1977 not a 2007, it's a thirty-one year old car.

This is petty. Of course it's un-financed, who will finance a thirty-one year old car, it's ancient and not worth very much. People who drive automobiles this old dive them because they can't afford anything else, that should be obvious, it's a no-brainer. Also mentioned was the fact that I had $35.00 in my checking account. That should really make me eligible for the Fortune 500 list. This is petty. In 28 U.S.C. 1915 Note 166 it states that one need not be absolutely destitute to obtain benefits of this section dealing with proceeding in forma pauperis in federal courts. It goes on to say that it does not require a litigant to demonstrate absolute destitution; no party must be made to choose between abandoning a potentially meritorious claim or foregoing the necessities of life. I'm beginning to wonder whether or not this is true. It seems that every petty penny has to be accounted for, or your motion to proceed in forma pauperis will be denied. And if you posses any little thing, no matter how trivial, you will be denied.

Enclosure (14) receipt for badly needed tires, cheap tires

It's a known fact that older cars require more maintenance than newer ones. But, like I said before it is all that I can afford. Recently my front seat had gotten so badly deteriorated that it was almost impossible to remain in it.

Enclosure (15) receipt for upholstery work to front seat

Enclosure (16) copy of automobile registration form for 2008

This is something that I won't be able to pay for until next month. Like I said before each month there are additional expenses besides the basic ones. And this doesn't even include gasoline, which is $3.50 a gallon. But I need a car because I can't walk very far. There is at least one doctor's appointment a week and sometimes as many as three. Sometimes I have appointments at the VA Medical Center in La Jolla, which is twenty-two miles one way. I have a Disabled bus pass and sometimes I will ride the bus because it's cheaper. And all of this still doesn't include food and clothing. If I really budget I can get by on $250.00 a month for food. Most of my meals are cooked and eaten at home, very seldom do eat out, it's too expensive. I usually buy clothes only when I need to and if there is money available for clothes. Because of the fact that I must live on affixed income I must be very prudent about my spending. I would like for someone to explain to me how am I going to be able to afford a $350.00 filing fee.

It seems that I was denied the motion to proceed in forma pauperis and appointment of counsel all in the same breath. Apparently one has some bearing on the other. In what way? They are two separate issues, like apples and oranges.

# County of San Diego

CATHERINE TROUT LICHTERMAN
Director

DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
3989 RUFFIN ROAD, SAN DIEGO, CALIFORNIA 92123-1815

TEL: (858) 694-4801
FAX: (858) 694-4871
Toll-free: 1-877-478-5478

## NOTICE OF CHANGE IN HOUSING ASSISTANCE PAYMENT - TENANT

August 24, 2006

DOUGLAS GILBERT
442 F ST B-5
CHULA VISTA, CA 91910

Due to an annual or interim recertification of participant's eligibility, the Rental Assistance Contract is amended as follows:

"RENT"

Amount of Housing Assistance Payment . . . . . . . . . . $ 543.00

Amount of Tenant Rent . . . . . . . . . . $ 382.00

Amount of Contract Rent . . . . . . . . . . $ 925.00

THIS CHANGE BECOMES EFFECTIVE: 10/01/2006

FAMILY MEMBERS ON LEASE: *List all family members including head of household*

DOUGLAS GILBERT

ALL OTHER COVENANTS, TERMS AND CONDITIONS OF THE LEASE AGREEMENT AND HOUSING ASSISTANCE PAYMENTS CONTRACT REMAIN THE SAME.

Please keep this notice with your important papers.

In accordance with CFR 982.555, if tenant's portion of rent increases as a result of this amendment and tenant feels such increase is unjustified or improper, tenant may request an informal HEARING. Such request must be submitted in writing and received in the office of the Housing Authority of the County of San Diego within fourteen (14) calendar days from date of this notice.

Housing Representative: Brad Cone
Email Address: Brad.Cone@SDCounty.ca.gov

Phone Number: (858) 694-4882
FAX Number: (858) 514-6539

Do you require a specific accommodation to fully utilize the Agency's services? Yes [ ] No [ ]

Enclosure (1)

SDGE A Sempra Energy utility

Account Number 6946 952 787 4
Cycle 08
DOUGLAS E GILBERT
442 F ST B5 CV
Date Mailed: Dec. 12, 2007

Questions? ¿Preguntas?
Please Call: 1-800-411-SDGE(7343)
Por Favor Llame: 1-800-311-SDGE(7343)
Web Address: www.sdge.com
email: info@sdge.com



X

*TO HELP CONTROL YOUR WINTER ENERGY COSTS, FOCUS ON YOUR FURNACE. LOOK FOR HOME HEATING TIPS AND MORE AT WWW.SDGE.COM*

## ACCOUNT SUMMARY

Previous Account Balance.................................... 23.92
Payments Received........................................... -23.92
Current Charges............................................. 50.61
**TOTAL AMOUNT DUE.......................................... $50.61**

**Please Pay $50.61 by Dec. 31, 2007**

## BILL PERIOD

| Service | Meter | Begin | End | Total Consumption |
|---|---|---|---|---|
| ELECTRIC | #00540605 | 11-08-2007 | 12-11-2007 | 482 kWh |

**Next Meter Read Date: 01-11-2008**
**Circuit: 0044 Currently not subject to curtailment. Curtailment status subject to change without notice.**

## ENERGY USAGE HISTORY

| | This Month | Last Month | Percent Change | This Month Last Year | Percent Change |
|---|---|---|---|---|---|
| kWh/day | 14.6 | 7.9 | + 84.8% | 13.2 | + 10.6% |
| Billing Days | 33 | 29 | | 33 | |

**Please return this portion with payment. Favor de devolver esta parte con su pago.**

Service Address: 442 F ST B5 CV 0 68

| Account Number | Cycle | Date Mailed | Due Date | Please Pay This Amount |
|---|---|---|---|---|
| 6946 952 787 4 | 08 | Dec 12 2007 | Dec 31 2007 | **$50.61** |

Bill Becomes Past Due After Above Date

Save Paper & Postage PAY ONLINE

Make Payment To

7640.4.103.24455 1 AV 0.312 oz 0.910
DOUGLAS E GILBERT
442 F ST B5
CHULA VISTA CA 91910-3701

San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

Enclosure (2)

11 3 300006981 9637870000000506100000005061

Enclosure (3)

att.com

DOUGLAS GILBERT
442 F ST APT B5
CHULA VISTA CA 91910 - 3701

**Page** 1 of 4
**Account Number** 619 426-5310 426 4
**Billing Date** Nov 16, 2007

**Web Site** att.com

at&t

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 70.03 |
| Payment Received 11-08 Thank you! | 70.03CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 69.95 |
| **Total Amount Due** | **$69.95** |
| Amount Due in Full by | Dec 16, 2007 |

## Billing Summary

## Plans and Services

**Monthly Service - Nov 16 thru Dec 15**

Service is billed in advance from the 16th of each month.

| | | |
|---|---|---|
| 1. | Universal Lifeline Flat Rate | 5.34 |
| | Line Sharing-Basis | |
| 2. | Caller ID Complete Blocking | .00 |
| 3. | Metro Plan | 3.00 |
| 4. | ULTS CR for FED Sub Line Chrg | 4.39CR |
| 5. | WirePro℠ | 5.00 |
| 6. | Your Listing Is Not Published | 1.25 |
| **Total Monthly Service** | | 10.20 |

**Additions and Changes to Service**

This section of your bill reflects charges and credits resulting from account activity.

**Charges for 619 426-5310**

**Order No.** 22222222

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|

COX COMMUNICATIONS www.cox.com

6400 0340 XC RP 22 0003958 11192007 YYNNNYNY 01

November 19, 2007

Account Number: 001 3110 010481506

DOUGLAS E GILBERT



## Payments

| Date | Type | Amount |
|---|---|---|
| 11/10/07 | THANK YOU FOR YOUR PROMPT PAYMENT | -70.87 |
| **Total Payments Received** | | **$-70.87** |

## Cox Cable TV Service

| Monthly Cable Service from Nov 22 to Dec 21 | Quantity | Amount |
|---|---|---|
| COX LIMITED BASIC | 1 | 12.95 |
| COX EXPANDED SERVICE | 1 | 34.00 |
| COX DIGITAL CABLE SERVICE | 1 | 15.00 |
| MOVIE PACKAGE | 1 | 0.00 |
| SPORTS & INFO PACKAGE | 1 | 0.00 |
| VARIETY PACKAGE | 1 | 0.00 |
| DISCOVERY CHANNELS | 1 | 0.00 |
| LIFESTYLES PACKAGE | 1 | 0.00 |
| DIGITAL RECEIVER | 1 | 5.25 |
| *Total Monthly Cable Service* | | *$67.20* |
| **Total Cox Cable Service** | | **$67.20** |

## Fees, Surcharges & Taxes

| Cable Fees, Surcharges & Taxes | Amount |
|---|---|
| FCC FEE | 0.07 |
| FRANCHISE FEE | 3.60 |
| ***Total Cable Fees, Surcharges & Taxes*** | ***$3.67*** |
| **Total Fees, Surcharges & Taxes** | **$3.67** |

Enclosure (4)

Bank of America

*Prepared for:* DOUGLAS E GILBERT

**November 2007 Statement**
*Credit Line:* $17,000.00
*Cash or Credit Available:* $15,139.26

**Customer Service**

*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15716
WILMINGTON, DE 19886-5716
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $1,896.91 |
| Payments and Credits | - | $50.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate **Finance Charges** | + | $13.83 |
| Transaction Fee **Finance Charges** | + | $0.00 |
| New Balance Total | | $1,860.74 |

| Billing Cycle and Payment Information | | |
|---|---|---|
| Days in Billing Cycle | | 30 |
| Closing Date | | 11/24/07 |
| Payment Due Date | | 12/19/07 |
| Current Payment Due | | $32.00 |
| Past Due Amount | + | $0.00 |
| **Total Minimum Payment Due** | | **$32.00** |

## Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - THANK YOU | 11/16 | | | | | 50.00 CR |

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.021643% DLY | 7.90% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $117.83 |
| C. Purchases | 0.021643% DLY | 7.90% | $1,769.12 |

**Annual Percentage Rate for this Billing Period:** **8.91%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

*** Periodic Rate May Vary**

## Important Information About Your Account

AMERICAN EXPRESS(R) GIFT CARDS COMING SOON TO BANK OF AMERICA BANKING CENTERS.

VIEW UP-TO-THE-MINUTE ACCOUNT ACTIVITY, YOUR STATEMENT ONLINE, AND MORE WITH OUR FREE ONLINE BANKING SERVICE. VISIT BANKOFAMERICA.COM TODAY TO ENROLL!

DID YOU KNOW THE AUTOMATED SYSTEM PROVIDES THE ABILITY TO HEAR YOUR ACCOUNT BALANCE, MAKE PAYMENTS, SELECT PINS, ORDER STATEMENTS AND DISPUTE CHARGES?

Enclosure (5)

500016

PSSST...

*Capital One® does credit cards—and then some!*

Need a car? A savings account? A loan? Braces or glasses? Capital One can handle it all. Hassle free!

Visit **capitalone.com** for a complete list of services and to manage your account online.

Capital One | what's in your wallet?

Capital One® | what's in your wallet?® www.capitalone.com

1-2

| Previous Balance | | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| $461.62 | - | $25.00 | + | $3.97 | + | $26.68 | = | $467.27 | $15.00 | Dec. 14, 2007 |

Oct. 19, 2007 — Nov. 19, 2007 Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**MasterCard Platinum Account**

No Hassle REWARDS

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $2,900.00 |
| TOTAL AVAILABLE CREDIT | $2,432.73 |
| CREDIT LINE FOR CASH | $2,900.00 |
| AVAILABLE CREDIT FOR CASH | $2,432.73 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $432.23 | 0.02164% | 7.90% | $2.99 |
| Cash | $46.95 | 0.06504% P | 23.74% | $0.98 |

**ANNUAL PERCENTAGE RATE applied this period: 9.94%**

**At Your Service 1-800-903-3637**
To call Customer Relations or to report a lost or stolen card:

**Send payments to:**
Capital One Bank · P.O. Box 60024 · City of Industry, CA 91716-0024

**Send inquiries to:**
Capital One · P.O. Box 30285 · Salt Lake City, UT 84130-0285

**For more information on your Rewards:**
Visit: www.capitalone.com/pointsrewards
Call: 1-800-228-3001

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes.

**Rewards Summary**

| | |
|---|---|
| Previous available balance: | 818 |
| Earned this period: | 27 |
| (reflects transactions posted during this billing cycle) | |
| Available Balance: | 845 |

**Payments, Credits & Adjustments**

| | | | |
|---|---|---|---|
| 1 | 08 NOV | PAYMENT | $25.00- |

**Transactions**

| | | | |
|---|---|---|---|
| 2 | 21 OCT | AMZ*Amazon Payments AMZN.COM/BILL WA | $7.38 |
| 3 | 21 OCT | AMZ*Amazon Payments AMZN.COM/BILL WA | $8.60 |
| 4 | 21 OCT | AMZ*Amazon Payments AMZN.COM/BILL WA | $10.70 |

6056 0045 506 1 07 18 071119 PAGE 1 of 1 COLR240D 01DM6056 30085491

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE

Enclosure (6)

CHASE

Opening/Closing Date: 10/23/07 - 11/27/07
Payment Due Date: 12/17/07
Minimum Payment Due: $27.00

**CUSTOMER SERVICE**
In U.S. 1-800-945-2000
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

## VISA ACCOUNT SUMMARY

**Account Number:**

| | | | |
|---|---|---|---|
| Previous Balance | $1,416.49 | Total Credit Line | $9,800 |
| Payment, Credits | -$40.00 | Available Credit | $8,409 |
| Finance Charges | +$13.87 | Cash Access Line | $9,800 |
| New Balance | $1,390.36 | Available for Cash | $8,409 |

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 11/08 | 13123120300000490610910 | Payment Thank You Electronic Chk | $40.00 | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 36 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .03011% | 10.99% | $954.69 | $10.35 | $0.00 | $0.00 | $10.35 |
| Cash advances | .05477% | 19.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Promotional summary | .02189% | 7.99% | $446.34 | $3.52 | $0.00 | $0.00 | $3.52 |
| Total finance charges | | | | | | | $13.87 |

**Effective Annual Percentage Rate (APR): 11.87%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

Enclosure (7)

CHASE

| | |
|---|---|
| Opening/Closing Date: | 10/28/07 - 11/27/07 |
| Payment Due Date: | 12/17/07 |
| Minimum Payment Due: | $16.00 |

**CUSTOMER SERVICE**
In U.S. 1-800-945-2000
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

## MASTERCARD ACCOUNT SUMMARY

**Account Number:**

| | | | |
|---|---|---|---|
| Previous Balance | $835.09 | Total Credit Line | $8,200 |
| Payment, Credits | -$55.01 | Available Credit | $7,411 |
| Finance Charges | +$8.18 | Cash Access Line | $8,200 |
| New Balance | $788.26 | Available for Cash | $7,411 |

## FLEXIBLE REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 1,235 |
| Points earned on purchases this period | -21 |
| New total points balance | 1,214 |

To redeem your Flexible Rewards points, call 1-800-603-2265, or log on to www.chase.com/creditcards for 24-hour access to your rewards program.

139 Points to expire on statement on or after MARCH, 2010

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 10/30 | 55233007304133042448720 | CDS BOOKS COM 731-2655949 TN | $20.01 | |
| 11/16 | 13203200300000524201374 | Payment Thank You Electronic Chk | 35.00 | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .02737% | 9.99% | $706.59 | $6.00 | $0.00 | $0.00 | $6.00 |
| Cash advances | V .06436% | 23.49% | $109.08 | $2.18 | $0.00 | $0.00 | $2.18 |
| Total finance charges | | | | | | | $8.18 |

**Effective Annual Percentage Rate (APR):** **12.03%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

Enclosure (8)

# RECEIPT

DATE 11/14/07 No. 941553

RECEIVED FROM James Gilbert $16.90

SOC. $16.90 DOLLARS

○ FOR RENT
○ FOR

| | | |
|---|---|---|
| ACCOUNT | | |
| PAYMENT | 16 | 90 |
| BAL. DUE | | |

✓ CASH
○ MONEY ORDER
○ CHECK
○ CREDIT CARD

FROM **William L. Wilson, M.D.**
**8881 Fletcher Parkway**
**Suite #360**
BY **La Mesa, Ca 91942**

adams 2701

Enclosure (9)

*Date: December 17, 2007* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000163302917:1000163309917:1000163274917*

DOUGLAS E. GILBERT
PO BOX 122786
SAN DIEGO, CA 92112-2786
619-426-5310

1569
16-24/1220 4246
8721247180

9-10-07 Date

Pay to the Order of John A Chisholm M.D. $ 30.26

Thirty dollars and 26/100 Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For G1L3A000 Douglas E Gilbert

⑆122000247⑆ 8721247180⑈ 01569

PAY TO THE ORDER OF
Union Bank of California N.A.
122000496
FOR DEPOSIT ONLY
JOHN A CHISHOLM DPM
PODIATRIC MEDICINE
0140018070

| | | | |
|---|---|---|---|
| *R/T Number* | 12104288 | *Processing Date* | 20070917 |
| *Sequence Number* | 8813327425 | *Amount* | 30.26 |
| *Account Number* | 8721247180 | *Check Number* | 1569 |

Enclosure (10)

| Routing | Sequence # | Paid Date | Amount | Account | Serial |
|---|---|---|---|---|---|
| 12104288 | 8872666088 | 10092007 | $176.20 | 8721247180 | 1574 |

DOUGLAS E. GILBERT
PO BOX 122786
SAN DIEGO, CA 92112-2786
619-426-5310

1574
16-24/1220 4246
8721247180

10-3-07 Date

Pay to the Order of Mid-Century Insurance Co. $ 176.20

One hundred seventy-six and 20/100 Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For #16993 0927 Douglas E. Gilbert

⑆122000247⑆ 8721247180⑈ 01574 ⑈0000017620⑈

BANK OF AMERICA,NA LAC
122000661 4 E1194 94 19
10/09/07

476075661 0

FOR DEPOSIT ONLY ...
TO WITHIN NAMED
PAYEE 1459820347

Enclosure (11)

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| CIEA-MSP | 20071108 | 1583 | 12104288 | 8721247180 | 000060 | 158.67 | 8830214531 |

DOUGLAS E. GILBERT
PO BOX 122786
SAN DIEGO, CA 92112-2786
619-426-5310

1583
16-24/1220 4246
8721247180

11-5-07 Date

Pay to the Order of Fire Insurance Exchange $ 158.67

One hundred fiftyeight and 67/100 —— Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For ______ Douglas E. Gilbert MP

⑆122000247⑆ 8721247180⑈ 01583 ⑈0000015867⑈

BANK OF AMERICA,NA LAC
122000661 E1147 94 18
11/08/07
6560069399

47290020 336 110807 04729 22
FOR DEPOSIT ONLY 0917939459 99 3
TO WITHIN NAMED
PAYEE 1459830347

Enclosure (12)

CUSTOMER SERVICE
CUSTOMER SERVICE DISTRIBUTION CENTER
5742 W. HAROLD GATTY DRIVE
SALT LAKE CITY, UT 84116

800-898-5153

PKG ID : CSD-102580778
FROM : CUSTOMER SERVICE
5742 W. HAROLD GATTY DRIVE
SALT LAKE CITY, UT 84116

SHIP TO:
**DOUGLAS GILBERT**
**442 F STREET**
**APT B5**
**CHULA VISTA, CA 91910**

**UNITED STATES OF AMERICA**

NOTICE: Your credit card was charged under the name 'Customer Service Dist'.

**- THANK YOU FOR YOUR ORDER -**

- Bill To - ID # 1611904 - Ph # (619)426-5310
DOUGLAS GILBERT, 442 F STREET, APT B5
CHULA VISTA, CA 91910

**SHIP VIA: STANDARD**

**PACKING SLIP**, Order Date 12/11/07, Order ID: CSD102580778-125-V-B: 3729

| QTY | ITEM | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | C15420 | OSTEOVALIN (3X30CT) | 59.98 | 59.98 |

| | |
|---|---|
| **TOTAL** | 59.98 |
| **SHIPPING** | 6.50 |
| **TOTAL AMOUNT** | 66.48 |
| **AMOUNT PAID** | 66.48 |
| **AMOUNT DUE** | 0.00 |

**MESSAGE** ______________________________

JUSTIN EXT. 2011

Thank you for your subscription order. As requested, we will send your next order on 03/11/08. If you need to adjust or cancel this program, please call the number provided on this statement. Enjoy your results!



Enclosure (13)

# INVOICE

BIG O TIRES # 5777
339 BROADWAY
CHULA VISTA, CA 91910
(619) 426-6520
EPA #:CAL000323293 BAR #:AC252264

**BIG O TIRES.**

Invoice No.: 10257 | *Page 1*
Order No.: 9055
Date: 11/17/2007 Time: 04:26 PM
Started by: BRANDON HUMMEL
Invoiced by: BRANDON HUMMEL

***Vehicle Information*** Year: 1977 Make: BUICK
Model: FULL SIZE BUICK RWD Color:
License: 060WFH (CA) Odometer: 34,582
Engine: V8-350 5.7L
VIN:

Cust.: DOUGLAS GILBERT Cust. No.: 5777-2068
Address: 442 F STREET
City, State, Zip: CHULA VISTA, CA 91910
Home: (619) 426-5310 Work: Cell:

***Customer Instructions*** Save Old Parts? No

Bill To: Same

| Part No. | Description | Technician | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| HAN 520-51 | 225/75R15 HANKOOK RADIALMAX A/S<br>Tire Serial #: BJNGAMH2507 BJNGAMH2507 BJNGAMH2507 BJNGAMH2507 | LR | 4.00 | 50.22 | 200.88 |
| LAB CB1 | COMPUTER BALANCE | LR | 4.00 | 15.00 | 60.00 |
| | (F) PSI_32__ TQ_100__ (R) PSI_32__ TQ_100__ | LR | 0.00 | 0.00 | 0.00 |
| | *NOT A BIG O BRAND TIRE* | LR | 0.00 | 0.00 | 0.00 |
| | LIFETIME FLAT REPAIRS..... | LR | 0.00 | 0.00 | 0.00 |
| | LIFETIME ROTATIONS/5,000 MILES | LR | 0.00 | 0.00 | 0.00 |
| FEE DISP | TIRE DISPOSAL FEE | LR | 4.00 | 4.00 | 16.00 |
| FEE ENVT | ENVIRONMENTAL TAX - TIRE | LR | 4.00 | 1.75 | 7.00 |
| | *** BELOW SERVICES QUOTED BUT NOT PERFORMED *** | | 0.00 | 0.00 | 0.00 |
| RHW | TIRE PROTECTION PLAN | | 4.00 | 7.95 | 31.80 |

## Invoice Summary

**Estimate Revisions**

| Previous Amt | Date | Time | Revised Amt | Auth By |
|---|---|---|---|---|
| 0.00 | 11/17/2007 | 03:26 | 299.99 | GILBERT |
| 299.99 | 11/17/2007 | 04:24 | 299.99 | |
| 299.99 | 11/17/2007 | 04:25 | 299.99 | |
| 299.99 | 11/17/2007 | 04:26 | 299.99 | |

**Payment**

| Type | Amount |
|---|---|
| AMX | $299.99 |

**Invoice Totals**

| | |
|---|---|
| Parts | 200.88 |
| FET | 0.00 |
| Core Chg | 0.00 |
| Non Tax | 60.00 |
| Serv Agree | 0.00 |
| Waste Disposal | 23.00 |
| Shop Supplies | 0.00 |
| Sales Tax | 16.11 |
| **Total:** | **299.99** |

*I acknowledge below and receipt of this invoice:* ______________________

***I GRANT BIG O TIRES PERMISSION TO OPERATE THE VEHICLE HEREIN DESCRIBED FOR THE PURPOSE OF TESTING, INSPECTING, INCLUDES REMOVAL OF WHEELS AND DRUMS FOR THE PURPOSE OF INSPECTING THE BRAKES, SERVICING, OR DELIVERY. I RELEASE BIG-O TIRES FROM RESPONSIBILITY FOR LOSS OR DAMAGE TO VEHICLE OR CONTENTS THEREIN. IN CASE OF FIRE, THEFT OR OTHER CAUSES BEYOND BIG-O TIRES CONTROL. I AUTHORIZE THE REPIAR AND SERVICE WORK LISTED ON THIS INVOICE TO BE PREFORMED FOR THE AMOUNT SHOWN. I AGREE TO PAY REASONABLE STORAGE ON VEHICLES LEFT MORE THAN 48 HOURS AFTER NOTIFICATION THAT REPAIRS ARE COMPLETED.***

Enclosure (14)

# ECONOMY UPHOLSTERY

3679 MAIN ST.
CHULA VISTA, CA 91911-5832
PHONE (619) 420-2008 • (619) 420-3173
FAX (619) 420-3786


# AUTOMOTIVE WORK ORDER 20589



## PRIOR DAMAGE

AREAS MARK WITH AN X REPRESENT DAMAGE BEFORE WORK BEGINS

**NOTE: COMMENTS**

X ______ CUSTOMER SIGNATURE

ARM REST
CORDING IS GOING TO CHANGE
FRONT SEAT
& CARPET FROM PASSANGER SEAT IS GOING TO CHANGE NEW.
Raul Mil+ 8/10/07
$75.00

| | |
|---|---|
| NAME | Douglas Gillbert |
| ADDRESS | 1142 F St |
| CITY | CV |
| STATE | CA |
| ZIP | 91910 |
| TEL # | (619) 426-5310 |
| FAX # | |
| TEL # | |
| FAX # | |
| CONTACT | |

| RECEIVED | PROMISE |
|---|---|
| AM PM | AM PM |
| DATE / / | CALL WHEN READY: NO / YES |

TERMS: ☐ CASH ☐ CHARGE ☐ OTHER

(CIRCLE ONE) WORK ORDER / ESTIMATE

| ITEM # | DESCRIPTION OF WORK | |
|---|---|---|
| | 1977 Buick | 425.00 |
| | FRONT SEATS | |
| | PATT NOVARA | |
| | LT. SAND | |
| | ONOV 3508 | |
| | LABOR | |

ECONOMY UPHOLSTERY
PAID IN FULL

I HEREBY AUTHORIZE THE ABOVE REPAIR WORK TO BE DONE ALONG WITH THE NECESSARY MATERIALS. AN EXPRESS MECHANICS LIEN IS HEREBY ACKNOWLEDGE ON ABOVE ARTICLES TO SECURE THE AMOUNT OF REPAIRS THERETO. NOT RESPONSIBLE FOR ITEMS LEFT OVER 30 DAYS

**50% DEPOSIT REQUIRED**

X Douglas E. Gilbert

| | |
|---|---|
| TOTAL SERVICE | |
| TOTAL MATERIAL | |
| OUTSIDE REPAIRS | |
| SUB TOTAL | |
| TAX | 10 |
| TOTAL | 435.00 |
| DEPOSIT | 100 |
| BALANCE | 335 |

Enclosure (15)

ISD 83VR (REV. 09/2006)

STATE OF CALIFORNIA DMV DEPARTMENT OF MOTOR VEHICLES

*A Public Service Agency*

# VEHICLE REGISTRATION RENEWAL NOTICE

| VIN | MAKE | YR | BODY TYPE | LICENSE PLATE |
|---|---|---|---|---|
| 4V69R7H519884 | BUIC | 1977 | SD | 060WFH |

| AMOUNT DUE | DUE DATE |
|---|---|
| $48 | 01/26/2008 |

## To renew, just provide:

**Renewal Fees**

**RENEW VIA INTERNET OR TELEPHONE**
Your Renewal Identification Number is 344188
VISIT WWW.DMV.CA.GOV or CALL 1-800-921-1117

(see insert)

**Return by Mail**

| FEES | |
|---|---|
| REGISTRATION FEE | $41 |
| LICENSE FEE (May be an income tax deduction) | $1 |
| WEIGHT FEE | $0 |
| SPECIAL PLATE FEE | $0 |
| COUNTY/DISTRICT FEES | $6 |
| OWNER RESPONSIBILITY FEE | $0 |
| TOTAL DUE ON OR BEFORE 01/26/2008 | $48 |

**OR $17 TO FILE PLANNED NONOPERATION**

**PLANNED NONOPERATION**

If you plan not to operate (PNO) this vehicle, please check the box and return the bottom part with your PNO payment.

**LATE PAYMENT**

| POSTMARKED | RENEWAL | PNO |
|---|---|---|
| After 01/26/08 through 02/05/08 | $59 | $28 |
| After 02/05/08 through 02/25/08 | $64 | $33 |
| After 02/25/08 through 04/25/08 | $79 | $48 |
| AFTER 04/25/2008 | $79 | NO PNO |

**DETACH AND RETURN**

Planned Nonoperation
Change of Address (see back)
For DMV Use Only

020101 36000600321517 0004800 02680109080000
00050804000 0000003100 16036999 56

A111111A C110207P02 26306 P10001

| LICENSE NUMBER | MAKE |
|---|---|
| 060WFH | BUIC |

| VIN |
|---|
| 4V69R7H519884 |

| DMV USE | DUE DATE | AMOUNT DUE |
|---|---|---|
| | 01/26/2008 | $48 |

StubA

**MAKE PAYMENT TO:**

GILBERT DOUGLAS EUGENE
PO BOX 122786
SAN DIEGO CA 92112-2786

DMV RENEWAL
P.O. BOX 942897
SACRAMENTO CA 94297-0897

Enclosure (16)

020101360006003215170004800026801090800000005080400000000031001603699956