Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 FEB -7 PM 4:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CP DEPUTY

DOUGLAS E. GILBERT

vs

WATSON LABORATORIES, a California corporation; QUALITEST PHARMACEUTICALS, INC. and DOES 1 through 10, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV2023W (WMc) On 2nd Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

BERNARD R. LAFER, ESQ. #122645
7801 Mission Center Court, Suite 430
San Diego, CA 92108
619-298-1969

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/08
DATE

By _______________ , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR