BERNARD R. LAFER, ESQ. #122645
7801 Mission Center Court
Suite 430
San Diego, CA 92108
Tel: (619) 298-1969
Fax: (619) 298-7784

Attorney for Plaintiff
MORRIS SANKARY

FILED
08 FEB -7 PM 4:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, a California corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 07CV2023W (WMc)<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

DOUGLAS E. GILBERT substitutes Bernard R. Lafer, Esq., 7801 Mission Center Court, Suite 430, San Diego, CA 92108, (619) 298-1969, fax: (619) 298-7784, as his attorney in the place and stead of Douglas E. Gilbert, In Pro Per.

February 7, 2008

[signature]
DOUGLAS E. GILBERT

CR

I consent to this substitution.

February 7, 2008

DOUGLAS E. GILBERT

I accept this substitution.

February 7, 2008

BERNARD R. LAFER