Brian S. Inamine (Cal. State Bar No. 117893)
Email: Brian.Inamine@leclairryan.com
LECLAIRRYAN LLP
888 S. Figueroa Street, Suite 1800
Los Angeles, California 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorney for Defendant WATSON LABORATORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. GILBERT,<br>Plaintiff,<br>v.<br>WATSON LABORATORIES, INC., a Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1through 10, inclusive,<br>Defendants. | Case No.: 07CV2023W(WMc)<br>**DEFENDANT WATSON LABORATORIES, INC.'S UNOPPOSED EX PARTE MOTION FOR AN ORDER GRANTING A TWO-WEEK EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF BRIAN S. INAMINE, ESQ.** |

TO THE HONORABLE COURT:

Defendant WATSON LABORATORIES, INC. brings this unopposed ex parte motion, pursuant to Local Rule 12.1, for an order extending the time to file a responsive pleading. Plaintiff has no objection to the extension, and good cause exists for granting the extension, as set forth in the accompanying declaration of defense attorney, Brian S. Inamine, Esq.

DATED: June 24, 2008 LECLAIRRYAN LLP

By ______________________
BRIAN S. INAMINE
Attorney for Defendant WATSON LABORATORIES, INC.

# DECLARATION OF BRIAN S. INAMINE, ESQ.

I, Brian S. Inamine, declare as follows:

I am an attorney at law, duly admitted to practice before all courts of the United States District Court for the Southern District of California. I am an attorney in good standing with the California State Bar. I am a partner in the law firm of LeclairRyan LLP, counsel of record for defendant Watson Laboratories, Inc. ("WATSON"). I have personal knowledge of the following facts such that I could competently testify as to their truth and accuracy:

1. On Friday, June 20, 2008, my law firm was first retained by WATSON to represent it in this lawsuit. After reviewing the summons and Second Amended Complaint ("SAC") and conferring with WATSON, I determined that the SAC was served upon WATSON on June 4, 2008, which means that a responsive pleading is due by June 24, 2008.

2. On June 20, 2008, at about 3.30 p.m., I called plaintiff's counsel, Bernard Lafer, to introduce myself and discuss an extension of time to respond to the SAC. Mr. Lafer said he would not object to WATSON'S request for a two-week extension of time for WATSON to file its responsive pleading.

3. I am still waiting to receive other materials from WATSON pertaining to this lawsuit.

4. I intended to prepare and file this Ex Parte Motion yesterday; however, my firm's computer system was down, preventing us from conducting word processing and sending or receiving e-mail. Since it is my understanding that this Ex Parte Motion is subject to this Court's e-filing requirement, I was unable to e-file this Ex Part Motion yesterday.

5. I can not adequately prepare a responsive pleading, whether by answer or motion to dismiss, by the current June 24, 2008 deadline.

6. I respectfully request a two-week extension of time – to July 8, 2008 - to

receive and review pertinent materials from WATSON, determine the appropriate responsive pleading to file, and prepare and file the pleading.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 24, 2008, in Los Angeles, California.

Brian S. Inamine