Brian S. Inamine (Cal. State Bar No. 117893)
Email: Brian.Inamine@leclairryan.com
LECLAIRRYAN LLP
888 S. Figueroa Street, Suite 1800
Los Angeles, California 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorney for Defendant WATSON LABORATORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. GILBERT,<br>Plaintiff,<br>v.<br>WATSON LABORATORIES, INC., a Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1through 10, inclusive,<br>Defendants. | Case No.: 07CV2023W(WMc)<br>**NOTICE OF PARTY WITH FINANCIAL INTEREST [L.R. 40.2]** |

Defendant WATSON LABORATORIES, INC. submits the following statement pursuant to Local Rule 40.2:

Watson Laboratories, Inc. is a wholly owned subsidiary of Watson Pharmaceuticals, Inc. ("WPI"). WPI is publicly traded on the New York Stock Exchange. No person or entity owns more than 10% of WPI.

DATED: June 24, 2008 LECLAIRRYAN LLP

By ______________________________
BRIAN S. INAMINE
Attorney for Defendant WATSON LABORATORIES, INC.