Brian S. Inamine (Cal. State Bar No. 117893)
Email: Brian.Inamine@leclairryan.com
LECLAIRRYAN LLP
888 S. Figueroa Street, Suite 1800
Los Angeles, California 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorney for Defendant WATSON LABORATORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS E. GILBERT,<br>Plaintiff,<br>v.<br>WATSON LABORATORIES, INC., a Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1through 10, inclusive,<br>Defendants. | Case No.: 07CV2023W(WMc)<br>**CERTIFICATE OF SERVICE OF NOTICE OF PARTY WITH FINANCIAL INTEREST [L.R. 40.2]** |

# CERTIFICATE OF SERVICE

I, Brian S. Inamine, certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 888 South Figueroa Street, Suite 1800, Los Angeles, California 90017-5455.

On June 24, 2008, I served the foregoing document described as:

**Notice of Party with Financial Interest [L.R. 40.2]**

[X] **(BY ELECTRONIC ACCESS):** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to U.S.D.C. efile Website and will be posted on the Website by the close of the next business day and the webmaster will give e-mail notification to all parties.

| | |
|---|---|
| **Bernard R. Lafer, Esq.**<br>**7801 Mission Center Court, Ste 430**<br>**San Diego, CA 92108-1316**<br>**Telephone: (619) 298-1969**<br>**Facsimile: (619) 298-7784**<br>***Attorneys for Plaintiff*** | |

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 24, 2008, at Los Angeles, California.

Brian Inamine