**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DOUGLAS GILBERT,

Plaintiff,

v.

WATSON LABORATORIES, INC., et al.,

Defendants.

CASE NO: 07-CV-2023 W (WMC)

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT [DOC. NO. 12]**

Pending before the Court is defendant Watson Laboratories, Inc.'s ex parte application for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No.12). Defendant's responsive pleading is due on or before July 8, 2008.

**IT IS SO ORDERED.**

DATED: June 25, 2008

Hon. Thomas J. Whelan
United States District Judge