RECEIVED
JUL 17 2008

Carolyn Taylor, Esq. (SBN 159347)
Ctaylor@mpplaw.com
Kristina M. Pfeifer, Esq. (SBN 234352)
Kpfeifer@mpplaw.com
MORRIS POLICH & PURDY, LLP
501 West Broadway, Suite 500
San Diego, California 92101-3544
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Attorneys for Defendant Qualitest Pharmaceuticals, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DOUGLAS E. GILBERT,

Plaintiff,

v.

WATSON LABORATORIES, a California Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1 through 10, inclusive,

Defendants.

Case No.: 07CV2023W (WMc)

**STIPULATION REGARDING EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED between Plaintiff Douglas E. Gilbert ("Plaintiff") and Defendant Qualitest Pharmaceuticals, Inc. ("Qualitest") through their respective counsel as follows:

Plaintiff has agreed to grant Qualitest a two (2) week extension to file and serve its answer or otherwise respond to Plaintiff's Second Amended Complaint. Plaintiff served his Second Amended Complaint on Qualitest on June 26, 2008 and Qualitest's answer or other response was originally due

///

///

on July 16, 2008. Therefore, Qualitest's answer or other response to Plaintiff's Second Amended Complaint is now due on or before July 30, 2008.

IT IS SO STIPULATED.

LAW OFFICES OF BERNARD R. LAFER

Dated: 7/17/08

By: ______________________
Bernard R. Lafer, Esq.
Attorneys for Plaintiff Douglas E. Gilbert

Dated: 7/15/08

MORRIS, POLICH & PURDY, LLP

By: ______________________
Carolyn Taylor, Esq.
Kristina M. Pfeifer, Esq.
Attorneys for Defendant Qualitest Pharmaceuticals, Inc.