**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DOUGLAS E. GILBERT,

Plaintiff,

v.

WATSON LABORATORIES; et al.,

Defendants.

CASE NO: 07-CV-2023 W (WMC)

**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 16]**

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 16). Defendant Qualitest Pharmaceuticals, Inc.'s responsive pleading is due on or before July 30, 2008.

**IT IS SO ORDERED.**

DATED: July 21, 2008

Hon. Thomas J. Whelan
United States District Judge