Carolyn Taylor, Esq. (SBN 159347)
Ctaylor@mpplaw.com
Michael J. Hurvitz, Esq. (SBN 249050)
Mhurvitz@mpplaw.com
MORRIS POLICH & PURDY, LLP
501 West Broadway, Suite 500
San Diego, California 92101-3544
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Attorneys for Defendant Qualitest Pharmaceuticals, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS E. GILBERT,<br><br>Plaintiff,<br>v.<br><br>WATSON LABORATORIES, a California Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07CV2023W (WMc)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On **July 30, 2008**, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing):

1. **DEFENDANT QUALITEST PHARMACEUTICALS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6); AND MEMORANDUM OF POINTS AND AUTHORITIES**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile ☐ overnight delivery

On **July 30, 2008**, I deposited in the United States Mail at San Diego, California, a copy of the above in this action by placing true copies of the document in separate sealed envelopes to:

Bernard R. Lafer
LAW OFFICES OF BERNARD R. LAFER
7801 Mission Center Court, Suite 430
San Diego, CA 92108
Attorneys for Plaintiff Douglas E. Gilbert

Brian S. Inamine
LECLAIRRYAN, LLP
888 S. Figueroa Street, Suite 1800
Los Angeles, CA 90017-5455
Attorneys for Defendant Watson Laboratories, Inc.

☐ **BY MAIL:** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with Morris, Polich & Purdy's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this **July 30, 2008**, at San Diego, California.

Mariella Sanfilippo

K:\WDDOCS\0004\00004\SD020679.DOC