|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS E. GILBERT, | ) | Case No. 07cv2023 W (WMc) |
| Plaintiff, | ) ) | **ORDER EXTENDING INITIAL DISCLOSURE DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE [DOC. NO. 33.]** |
| v. | ) ) | |
| WATSON LABORATORIES, a California Corporation; QUALITEST PHARMACEUTICALS, INC., and DOES 1 through 10, inclusive, | ) ) ) ) ) | |
| Defendants. | ) | |

The Court, after considering the Joint Ex Parte Motion for an Order Extending the Deadline to Make Initial Disclosures and Continuing the Case Management Conference, finds that good cause exists for granting the Motion, therefore,

**IT IS HEREBY ORDERED**

That the Joint Ex Parte Motion for an Order Extending the Deadline to Make Initial Disclosures and Continuing the Case Management Conference is **GRANTED**, and the Court ORDERS that the deadline for the parties to make their

///

///

///

Initial Disclosures under FRCP 26(a) is extended to February 2, 2009, and ORDERS that the Case Management Conference is continued to **February 20, 2009, at 9:00 a.m.**, in Courtroom C of the above Court.

    **IT IS SO ORDERED**.

Dated: December 15, 2008

                                       Hon. William McCurine, Jr.
                                       U.S. Magistrate Judge
                                       U.S. District Court

COPY TO:

HONORABLE THOMAS J. WHELAN, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD